NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TERRY S. CONNER,                              )
                                             )
            Appellant,                       )
                                             )
v.                                           )        Case No. 2D18-3982
                                             )
STATE OF FLORIDA,                            )
                                             )
            Appellee.                        )
_____ )

Opinion filed May 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

PER CURIAM.

            Affirmed.

VILLANTI, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.